**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 282 MAL 2018

               Respondent   :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

               v.   :

                            :

ANDRE VANCLIFF,   :

                            :

               Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.